UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

VS.                                CIVIL ACTION NO. 3:09CV478TSL-FKB

JASON ZEBERT                                               DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that the United States shall have and recover from defendant Jason Zebert the sum of $47,961.63 in unpaid principal; pre-judgment interest to February 25, 2009 in the amount of $39,461.54, with prejudgment interest accruing thereafter at an annual rate of nine percent, or $11.80 per day; and post-judgment interest at the rate provided by 28 U.S.C. § 1961.

SO ORDERED AND ADJUDGED this 3rd day of May, 2010.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE